# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 1 4 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Teresa Keehan

Plaintiff,

vs

United Law Group, Inc.; C.C. Brown Law, LLC., dba
The Law Office of C.C. Brown; Charles Brown;
Does 1 through 20, inclusive

Defendant,

Civil No.    10cv484-IEG(WVG)

**DEFAULT**

It appears from the records in the above entitled action that Summons issued on the original Complaint filed on February 2, 2010 in California Superior Court, County of San Diego and removed to this Court on March 5, 2010 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

United Law Group, Inc.

**Entered On:**   April 14, 2010

W. SAMUEL HAMRICK, JR., CLERK

By: _____

J. Haslam, Deputy