# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA KEEHAN,<br><br>         Plaintiff,<br> vs.<br><br>UNITED LAW GROUP, INC., a California Corporation; C.C. BROWN LAW, LLC, a Utah Limited Liability Company doing business as The Law Office of C.C. Brown; CHARLES BROWN, an individual; and DOES 1-20, inclusive.<br><br>         Defendants. | CASE NO. 10-CV-00484-IEG (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR STIPULATED JUDGMENT**<br><br>[Doc. No. 8] |

  Plaintiff TERESA KEEHAN, by and through her attorney Duane M. Linstrom and Defendants C.C. BROWN LAW, LLC, and CHARLES BROWN, through their attorney Philip Danielson, have filed a joint motion for stipulated judgment.

  Good cause appearing, the Court GRANTS the motion and ORDERS the following:

  1. Judgment shall be entered in favor of Plaintiff TERESA KEEHAN and against Defendants C.C. BROWN LAW, LLC, and CHARLES BROWN in the amount of $60,000.00.

  2. The Clerk of the Court is hereby authorized to issue an Abstract of Judgment in the judgment sum as set forth in paragraph 1 herein above and Plaintiff is hereby authorized to cause said Abstract of Judgment to be recorded.

  3. Except as provided in paragraph 2 herein above, there shall be a stay of execution

1  pending Defendants' compliance with the terms of the Settlement Agreement and Plaintiff shall
2  only execute upon the event of an uncured default of the Settlement Agreement as defined
3  therein.
4      4.    The obligations of this stipulation shall be binding on the Defendant(s) and their
5  respective successors and assigns.
6      5.    In the event an action is brought to enforce this stipulation or any right or obligation
7  arising out of this stipulation, the prevailing party, in addition to any other relief, shall be entitled
8  to recover its reasonable attorney's fees and/or expert witness fees and court costs incurred in
9  such action.
10     6.    Facsimile signatures shall be accepted in lieu of original signatures and shall carry
11 the same force and effect as the original signatures.
12 **IT IS SO ORDERED.**

14 DATED: May 27, 2010

15 _____
   IRMA E. GONZALEZ, Chief Judge
16 United States District Court